UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Lance Jones**     **Docket No. 7:21-CR-30-1D**

### Petition for Action on Supervised Release

COMES NOW Melissa K. Lunsmann, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lance Jones, who, upon an earlier plea of guilty to Transportation of Visual Depictions Using the Internet, a Means and Facility of Interstate and Foreign Commerce, the Production of Such Visual Depictions Involved the Use of Minor Engaging in Sexually Explicit Conduct and the Depictions are of Such Conduct and Aiding and Abetting the same, in violation of 18 U.S.C. §§ 2252 and 2, and Knowingly Possess Matters Which Contained Visual Depictions that had Been Shipped and Transported Using any Means of Interstate and Foreign Commerce, including by Computer, the Production of Such Visual Depictions Involved the Use of Minor Engaging in Sexually Explicit Conduct, in violation of 18 U.S.C. § 2252(a)(4)(B), was sentenced by the Honorable Robert J. Conrad, Jr., Chief United States District Judge in the Western District of North Carolina, on November 14, 2012, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 10 years.

Lance Jones was released from custody on December 6, 2019, at which time the term of supervised release commenced. Jurisdiction was transferred from the Western District of North Carolina to the Eastern District of North Carolina on February 3, 2021.

On February 4, 2021, a Violation Report was submitted advising the court that the defendant violated his supervision conditions by being dishonest with his probation officer and falsifying his monthly supervision report, in that he was maintaining contact with 7 individuals who are convicted felons. Additionally, the defendant admitted to completing searches on his phone of women in bikinis and undergarments and using an image of a teenager in a news article (age 15) as an aid for sexual self-gratification. The court agreed to continue the defendant on supervision.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 8, 2021, during a review of IPPC logs, there were text messages and images between the defendant and a coworker, which included an image of a minor and discussion of a toy he purchased for the child. The defendant was confronted on March 11, 2021, and admitted to having supervised contact with this child, as well as two other minors, on various occasions since his release from custody. He denied that the aforementioned conduct was part of a pattern of grooming behavior toward the child and stated that his intentions were good in all contact with minors.

The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall not possess children's clothing, toys, games, etc., without permission of the U.S. Probation Officer.

Lance Jones
Docket No. 7:21-CR-30-1D
Petition For Action
Page 2

2. The defendant shall not associate or have verbal, written, telephonic, or electronic communications with any person under the age of eighteen (18), except: (1) in the presence of the parent or legal guardian of said minor; (2) on the condition that the defendant notifies the parent or legal guardian of the defendant's conviction or prior history; and (3) with specific, written approval from the U.S. Probation Officer. This provision does not encompass persons under the age of eighteen with whom the defendant must deal in order to obtain ordinary and usual commercial services (e.g., waiters, cashiers, ticket vendors, etc.).

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: (910) 346-5103
Executed On: March 17, 2021

### ORDER OF THE COURT

Considered and ordered this  19  day of  March , 2021, and ordered filed and made a part of the records in the above case.

James C. Dever III
United States District Judge